# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DWAYNE HILL AND DONNA HILL, | : | No. 18 EM 2019 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| GOVERNOR AND THE PENNSYLVANIA | : | |
| DEPT. OF CORRECTIONS, | : | |
| SECRETARY, | : | |
| | : | |
| Respondents | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2019, the Petition for Review is DENIED.